| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ANTHONY RAY FERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:15-CV-356 |
| § | |
| STEPHANIE LUTE, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Anthony Ray Fernandez filed the above-styled lawsuit. The court previously referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 8th day of January, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE